# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 20-CR-101-CJW-MAR |
| vs. | **ORDER** |
| NATHAN NOSLEY, | |
| Defendant. | |

This matter is before the Court on the Report and Recommendation (R&R) of the Honorable Mark A. Roberts, United States Magistrate Judge (Doc. 36) recommending that the Court deny defendant's Motion to Suppress (Doc. 29).

On January 4, 2021, defendant filed the motion, which seeks to suppress evidence obtained during searches of his personal electronics and his car. (Doc. 29). On January 11, 2021, the government timely filed a resistance. (Doc. 31). On January 15, 2021, Judge Roberts held a hearing on the motion. (Doc. 35). On February 9, 2021, Judge Roberts issued the R&R, which states that "[o]bjections to th[e] Report and Recommendation . . . must be filed within fourteen . . . days of the service of a copy of th[e] Report and Recommendation." (Doc. 36, at 25).

The time to object to the R&R has expired, and neither party has filed any objections. Thus, the parties have waived their right to a de novo review of the R&R. *See, e.g.*, *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001) ("Appellant's failure to file any objections waived his right to de novo review by the district court of any portion of the report and recommendation of the magistrate judge as well as his right to appeal from the findings of fact contained therein." (citation and internal quotation marks omitted)). Accordingly, the Court reviews Judge Roberts' R&R for plain error.

*Id.* After reviewing the R&R for plain error and finding none, the Court **adopts** the factual findings and legal conclusions in the R&R. Defendant's Motion to Suppress is **denied**.

**IT IS SO ORDERED** this 11th day of March, 2021.

_____
C.J. Williams
United States District Judge
Northern District of Iowa