IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-101-CJW-MAR |
| Plaintiff, | **SECOND SUPERSEDING INDICTMENT** |
| vs. | |
| NATHAN NOSLEY, | Count 1<br>18 U.S.C. §§ 2251(a) and 2251(e): Sexual Exploitation of Children |
| Defendant. | Count 2<br>18 U.S.C. §§ 2252(a)(2) and 2252(b)(1): Distribution of Child Pornography |
| | Count 3<br>18 U.S.C. §§ 2252(a)(2) and 2252(b)(1): Receipt of Child Pornography |
| | Counts 4, 6, and 7<br>18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2): Possession of Child Pornography |
| | Count 5<br>18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2): Accessing Child Pornography |

The Grand Jury charges:

## Count 1
### Sexual Exploitation of Children

Between in or about February 2018 and March 2020, in the Northern District of Iowa and elsewhere, the defendant, NATHAN NOSLEY, persuaded, induced, and enticed, and attempted to persuade, induce, and entice, minors under the age of 18 to engage in sexually explicit conduct for the purpose of producing visual depictions

1

of such conduct and for the purpose of transmitting live visual depictions of such conduct, causing and attempting to cause said visual depictions to be produced using materials that had previously been shipped and transported in and affecting interstate and foreign commerce, knowing and having reason to know that said visual depictions would be transported and transmitted in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce, and said visual depictions were transported and transmitted in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## Count 2
## Distribution of Child Pornography

Between in or about May 2017 and March 2018, in the Northern District of Iowa and elsewhere, the defendant, NATHAN NOSLEY, knowingly distributed and attempted to distribute visual depictions of minors engaged in sexually explicit conduct, using a means and facility of interstate and foreign commerce, and said visual depictions having been transported in and affecting interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## Count 3
**Receipt of Child Pornography**

Between in or about April 2017 and March 2020, in the Northern District of Iowa and elsewhere, the defendant, NATHAN NOSLEY, knowingly received and attempted to receive visual depictions of minors engaged in sexually explicit conduct, using a means and facility of interstate and foreign commerce, and said visual depictions having been transported in and affecting interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## Count 4
**Possession of Child Pornography**

Between in or about March 2019 and March 2020, in the Northern District of Iowa and elsewhere, the defendant, NATHAN NOSLEY, knowingly possessed and attempted to possess visual depictions of minors engaged in sexually explicit conduct, including a depiction involving a prepubescent minor or a minor who had not attained 12 years of age, said visual depictions having been produced using materials that had previously been shipped and transported in and affecting interstate and foreign commerce, namely, a SanDisk micro SD card that had been manufactured outside the state of Iowa, and said visual depictions having been transported in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## Count 5
**Accessing Child Pornography**

Between in or about March 2019 and February 2020, in the Northern District of Iowa and elsewhere, the defendant, NATHAN NOSLEY, knowingly accessed with intent to view visual depictions of minors engaged in sexually explicit conduct, including a depiction involving a prepubescent minor or a minor who had not attained 12 years of age, said visual depictions having been produced using materials that had previously been shipped and transported in and affecting interstate and foreign commerce, namely, a Samsung Galaxy J7 cell phone that had been manufactured outside the state of Iowa, and said visual depictions having been transported in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## Count 6
**Possession of Child Pornography**

Between in or about February 2020 and March 2020, in the Northern District of Iowa and elsewhere, the defendant, NATHAN NOSLEY, knowingly possessed and attempted to possess visual depictions of a minor engaged in sexually explicit conduct, said visual depictions having been produced using materials that had previously been shipped and transported in and affecting interstate and foreign commerce, namely, a Samsung Galaxy A20 cell phone that had been manufactured outside the state of Iowa, and said visual depictions having been transported in and affecting interstate and foreign commerce and using a means and facility of

interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## Count 7
### Possession of Child Pornography

Between in or about May 2017 and October 2019, in the Northern District of Iowa and elsewhere, the defendant, NATHAN NOSLEY, knowingly possessed and attempted to possess visual depictions of minors engaged in sexually explicit conduct, including a depiction involving a prepubescent minor or a minor who had not attained 12 years of age, said visual depictions having been transported in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce, namely, the Internet and Gmail.

This was in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

A TRUE BILL

/s/Foreperson
Grand Jury Foreperson

4/13/2021
Date

SEAN R. BERRY
Acting United States Attorney

By: [signature]

MARK TREMMEL
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed 4/13/2021
ROBERT L. PHELPS, CLERK