IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 20-101-CJW-MAR |
| Plaintiff, | ) | |
| vs. | ) | |
| NATHAN NOSLEY, | ) | |
| Defendant. | ) | |

**LOCAL CRIMINAL RULE 7 STATEMENT**

Pursuant to Local Criminal Rule 7, notice is hereby given that the second superseding indictment filed in this matter varies from the first superseding indictment as follows:

1. Counts 7 of the second superseding indictment is new.

2. Counts 1 through 6 of the second superseding indictment charge the same offenses as Counts 1 through 6 of the first superseding indictment. Count 2 of the second superseding indictment includes a different time frame and references "visual depictions" and "minors" in the plural.

Respectfully submitted,

SEAN R. BERRY
Acting United States Attorney

By: *[signature]*

MARK TREMMEL
Assistant United States Attorney
111 Seventh Avenue SE, Box 1
Cedar Rapids, Iowa 52401
(319) 363-6333 / (319) 363-1990 (fax)
Mark.Tremmel@usdoj.gov