November 15, 2017

Special Agent Michael McVey
Iowa Department of Public Safety
5400 16th Ave SW
Cedar Rapids, IA 52404

**Re: Search Warrant dated September 13, 2017 (Google Ref. No. 1219121)**

Dear Special Agent McVey:

Pursuant to the Search Warrant issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *loveemtiny*, as specified in the Search Warrant. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

Please note that Google Wallet service data is under the control of Google Payment Corporation. Any request for such data must be specifically addressed to Google Payment Corporation and can be served through the email address googlepayments@google.com.

Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

Regards,

Angelo Christian Nono
Google Legal Investigations Support

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.        I am employed by Google Inc. ("Google"), located in Mountain View, California.  I am authorized to submit this affidavit on behalf of Google.  I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.        Google provides Internet-based services.

3.        Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *loveemtiny,* with Google Ref. No. 1219121 ("Document").  Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

4.        The Document attached hereto is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

5.        Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

___/s_Angelo Christian Nono_____          Date: November 15, 2017
(Signature of Records Custodian)

    Angelo Christian Nono
(Name of Records Custodian)

**Attachment A: Hash Values for Production Files (Google Ref. No. 1219121)**

loveemtiny.AccountInfo.Preserved.txt:

MD5- ad1d776d8442ac9ff33279a48a574424
SHA512-
09f3dbbce90f2564413892aeace5fa5f9e02ba25b8bea1d910e1eae7b1616b076fa759fb59ad1c9884
d444ef8a428de9794c57c6b44f273e16fe1445bb399d33

loveemtiny.AccountInfo.txt:

MD5- 16d17336f511424f8263186ff1c8cfc3
SHA512-
45b14a92a68c9c111ee5979db8ffa78dac70b8330c355a7e60e31e300ea17a1bb141de81015662f96
1715edbd226d65215a4896aeb75acdee454b9e3fb5533af

loveemtiny.Calendar.Events.zip:

MD5- 62eebd2cf2338ffe69bcb838819e7213
SHA512-
6d8f9f2c8f6ac73f7221b1d530183a3e8ebbf582564ebbcba4551bc8ccacd1b1ef2603cc6ff45c16f45
27a9aacd372fe85014588a586a20947bc411be16f9922

loveemtiny.Chats.zip:

MD5- b79975162ca2cf82f5ef5232dac821c0
SHA512-
8b5236bcd75aa8c90dde4e0a3cea506384ffb6171796c9ba2e313af64965bc2994c7aa30789c7a0eaa
1095578e336773f0afd9d2b773e4f612e4e07424b79d33

loveemtiny.Drive.Metadata.zip:

MD5- 45ffd9559bdcba200e946f6d3e0988a6
SHA512-
b02f9b280e1108a86afb1c90cc175d38673ec3391cd7272c93b47a4648c8d694e482eaba1fcea0dce
9fe86332ee62af494e11af586097af38a61ee7a1869edf2

loveemtiny.Drive_001.zip:

MD5- 890efe200682a6592c12994e95e55e82
SHA512-
5f2b31fbddd2ab1d1be0eb595f8a536a2c5679a5fc620d63218ce48e32a85c38e951c054941884214
4cf68a42515dedbfdc0266d54cffef1a3550cf31f92d776

loveemtiny.Gmail.Contacts.vcf:

MD5- d0b478da05a6f8ebed4e20f5120389b1
SHA512-
8d24145fb193f4942f5d9a0fd52897b6d030bd40fe322050b18317b20a9d2a45f43de33f2c2433552
5dac06b984c235a56f27c6333084701b9bfca8a1d52ec2c

loveemtiny.Plus.Activities.1.zip:

MD5- 76cdb2bad9582d23c1f6f4d868218d6c
SHA512-
5e2f959f36b66df0580a94f384c5fc1ceeec4b2a3925f062d7b68f21758b86581ac2adcfdde73a171a2
8496e758ef1b23ca4951c05455cdae9357cc3b5a5825f

loveemtiny.Plus.Activities.zip:

MD5- 76cdb2bad9582d23c1f6f4d868218d6c
SHA512-
5e2f959f36b66df0580a94f384c5fc1ceeec4b2a3925f062d7b68f21758b86581ac2adcfdde73a171a2
8496e758ef1b23ca4951c05455cdae9357cc3b5a5825f

loveemtiny.Plus.Circles.zip:

MD5- 76cdb2bad9582d23c1f6f4d868218d6c
SHA512-
5e2f959f36b66df0580a94f384c5fc1ceeec4b2a3925f062d7b68f21758b86581ac2adcfdde73a171a2
8496e758ef1b23ca4951c05455cdae9357cc3b5a5825f

loveemtiny.Plus.Contacts.vcf:

MD5- d0b478da05a6f8ebed4e20f5120389b1
SHA512-
8d24145fb193f4942f5d9a0fd52897b6d030bd40fe322050b18317b20a9d2a45f43de33f2c2433552
5dac06b984c235a56f27c6333084701b9bfca8a1d52ec2c

loveemtiny.Plus.Profile.html:

MD5- 567b1bd3d2e9027aafd4363c1764777b
SHA512-
4899830ed9b8bfb98fdd0d7c267ad312b602719ff16102a6f1317bf9fbb3b532f993de811ef008c020
3e0ae118fb0a6e597cb35aee05f6f16e2c2213063659d9

loveemtiny.RECEIVED.Youtube.PrivateMessages.zip:

MD5- 76cdb2bad9582d23c1f6f4d868218d6c
SHA512-
5e2f959f36b66df0580a94f384c5fc1ceeec4b2a3925f062d7b68f21758b86581ac2adcfdde73a171a2

8496e758ef1b23ca4951c05455cdae9357cc3b5a5825f

loveemtiny.SENT.Youtube.PrivateMessages.zip:

MD5- 76cdb2bad9582d23c1f6f4d868218d6c
SHA512-
5e2f959f36b66df0580a94f384c5fc1ceeec4b2a3925f062d7b68f21758b86581ac2adcfdde73a171a2
8496e758ef1b23ca4951c05455cdae9357cc3b5a5825f

loveemtiny.Youtube.Comments.zip:

MD5- 76cdb2bad9582d23c1f6f4d868218d6c
SHA512-
5e2f959f36b66df0580a94f384c5fc1ceeec4b2a3925f062d7b68f21758b86581ac2adcfdde73a171a2
8496e758ef1b23ca4951c05455cdae9357cc3b5a5825f

loveemtiny.Youtube.Userinfo.txt:

MD5- 028aba026dc4920e75acf41d82fc2803
SHA512-
26fd2006ef5ff10647c3c9c83c01a482a03f8b0b4cc864a3d4ba6bf0ee039f6397f537d8f13ce92e26d
4c82c0f1b7812358c45af2e632a6e6091f629cf8b9081

loveemtiny@gmail.com.Gmail.Content.Preserved.mbox:

MD5- cf542abb737878bb411dc80992a93db9
SHA512-
295c83c600a1fc6af9a138e94e81cd76511e79a66260d808a4aa3422a526711ec45bfe32c8a852c97
9852e5fcbf73dde1a64cd6345ae2aa42ffcc68067672070

loveemtiny@gmail.com.Gmail.Content.mbox:

MD5- fcd0fdb8152cd1939dc0d9e1a86d113c
SHA512-
5f78b7eb94e1371e2f98dee939eb3fca4f82854ade66a7ce2858845611196a7a0daaee15e8434c5d0af
06ba8bfb5d0c919f4724048629b260a5cb2935579837bf



7/17/2019

Special Agent Michael McVey
Iowa Department of Public Safety
5400 16th Ave SW
Cedar Rapids, IA 52404

      **Re: Subpoena dated June 25, 2019 (Google Ref. No. 2601208)**
       *17021807; Case no. IFIF002704*

Dear Special Agent McVey:

      Pursuant to the Subpoena issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

      Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), ▮▮▮▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮, *NATENOSLEY,* ▮▮▮▮▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮▮, as specified in the Subpoena. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

      Please note that Google Pay service data is under the control of Google Payment Corporation. Any request for such data must be specifically addressed to Google Payment Corporation and can be served through the email address googlepayments@google.com.

      Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

      Regards,

      Richard Daugherty
      Google Legal Investigations Support



**CERTIFICATE OF AUTHENTICITY**

I hereby certify:

1.       I am employed by Google LLC ("Google"), located in Mountain View, California.  I am authorized to submit this affidavit on behalf of Google.  I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.       I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.       Google provides Internet-based services.

4.       Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇, *NATENOSLEY*, ▇▇▇▇▇▇▇▇▇▇▇▇▇, with Google Ref. No. 2601208 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Subpoena.

5.       The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.       The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result.  The accuracy of Google's electronic process and system is regularly verified by Google.

7.       Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Richard Daugherty_____                     Date: 7/17/2019
(Signature of Records Custodian)


       Richard Daugherty
(Name of Records Custodian)



**Attachment A: Hash Values for Production Files (Google Ref. No. 2601208)**

[REDACTED].AccountInfo.txt:

MD5- 0a4323fb61089f95a05095370ca0f6bc
SHA512-
dce3787b185cb33df4d1775d077437c1751639d329f40a7ba3f9f2515b2fc080d54c5b86c7c22ada8
53079323b4c5e9008a0c0cac409942befe60b949f2e141c

[REDACTED].AccountInfo.txt:

MD5- c564053f002a3848b10b2e76588b762c
SHA512-
644beb19ac39d651426f253f6e0b7cb4d3be8d302e5fe7e4f26e03ffe520814801d9746dd25b72cf9e
57dcd2b4f98217f64037c31f2e2a7835c5a78ffac2ea0c

[REDACTED].AccountInfo.txt:

MD5- 14add5b7d89e42f5b439ff409b12c3a6
SHA512-
6dd29bd4cfab3a8c3291bf2385627f4e2dd18c0af34a04f1388fae78be3c01c0848d9999922ec111bc
af339965325be206ab57d90779ead3e0f05809a5cb2dde

[REDACTED]AccountInfo.txt:

MD5- 0deaa151b5fd074c7e726040e4a3c799
SHA512-
c13b7484660a8658e70ad2417719dc775a9f85d41e29b7c0845978a33218c6fb764a32b7203cf255
799c7620d8ac29ea7773b7684b7f9c35add31ab01559c190

[REDACTED]AccountInfo.txt:

MD5- 0e4494a5cbef8aa5c1e2298ba80b7ed6
SHA512-
973c04588c209c8dd0eee5e9f2dcb2ca94ded384250018f3233176a2510c81e76c901af71a287519a
eeacc5818ba30960f5032b5a432bcef99873b3294c3035d

natenosley.AccountInfo.txt:

MD5- a31878688dcb684b30e3d5e185411c08
SHA512-
36ee521f6957f8ddff8f868c1fc330dd6d5feb9197cec61253f77cf3a95ad64f02178ec5fe30b37b1f19
c76b5fdf0abe090fd333f948a470a2a6b513f356055c

[REDACTED]AccountInfo.txt:

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

MD5- 926af826ecb725f94a3d886cfbfe3174
SHA512-
c8a51f7b3fcef174518d00bff6e04748f5ebd374914f8a43f6a250678a093d69fb9a7815cabfaa1b990
eb610b8d5a71cfaec76c02050f44d0cfcf395f2995567



10/1/2019

Special Agent Michael McVey
Iowa Department of Public Safety
5400 16th Ave SW
Cedar Rapids, IA 52404

**Re: Search Warrant dated September 20, 2019 (Google Ref. No. 2776971)**
*2019024840*

Dear Special Agent McVey:

Pursuant to the Search Warrant issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *natenosley*, as specified in the Search Warrant. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

Please note that Google Pay service data is under the control of Google Payment Corporation. Any request for such data must be specifically addressed to Google Payment Corporation and can be served through the email address googlepayments@google.com.

Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

Regards,

Neha Reddy
Google Legal Investigations Support



**CERTIFICATE OF AUTHENTICITY**

I hereby certify:

1.      I am employed by Google LLC ("Google"), located in Mountain View, California.  I am authorized to submit this affidavit on behalf of Google.  I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *natenosley,* with Google Ref. No. 2776971 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

5.      The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result.  The accuracy of Google's electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Neha Reddy_____                    Date: 10/1/2019
(Signature of Records Custodian)


      Neha Reddy
(Name of Records Custodian)



**Attachment A: Hash Values for Production Files (Google Ref. No. 2776971)**

578623644043.Plus.Activities.zip:

MD5- 76cdb2bad9582d23c1f6f4d868218d6c
SHA512-
5e2f959f36b66df0580a94f384c5fc1ceeec4b2a3925f062d7b68f21758b86581ac2adcfdde73a171a2
8496e758ef1b23ca4951c05455cdae9357cc3b5a5825f

natenosley.3586615436194122789.AndroidDeviceConfigurationService.DeviceAndUserProfile_
001.zip:

MD5- 1fbb174f02d11794b4468377fd30d732
SHA512-
4007e601943623ee403a2f1d3e90af94e314019a2ef9796c3d3b50d4c276ec09e6cf8bbe665527013
788cf030908b2800d44d59377dc2f459d6a0c1daab28f4b

natenosley.4068279523349219852.AndroidDeviceConfigurationService.DeviceAndUserProfile_
001.zip:

MD5- a4d5f101da0537ce1393d3efc7eb9d2c
SHA512-
4ef55d795d53e8472da32b38ebd0aacad0161fbba2a2b7bc4c6859a573640c9f663166f6451f88750
7540a30077ba59cd6d7d6f35d73af0e18401d1c370325df

natenosley.578623644043.GooglePhotos.PhotoResource_001.Preserved.zip:

MD5- e9504ae20c1471399e7cc3210de3eaaa
SHA512-
65a7b16feb6a75c3c6c49f0a82dcbd8edfcdcbea414be260314c1b58ca2fdc91ad5df3d28f68b2b594
c11c9d1a4ff68e322014eeed3331cd18ca441a487f1816

natenosley.578623644043.GooglePhotos.PhotoResource_001.zip:

MD5- 985712f5176871003cb07dba7dfd0357
SHA512-
0630a0150f2c1e08d44268444882992cdea6f5068a1fa378009e5971528e9c4628f29df4323ff8c59b
602dade605d5b0059c1e52ef48b545e241a2003192559f

natenosley.AccountInfo.Preserved.02-01-17_09-14-19.Preserved.txt:

MD5- 42d4da7d8ad1e3606018b3ac293ea34e
SHA512-
b678c55b3f5db1d7ec2cd2e042760290b7f5421057a161dc4b041fd6a786679a1d390b9456543a01
4b6c3be3b23c832dea141d273fc168e917ee09f145641892



natenosley.AccountInfo.Preserved.Preserved.txt:

MD5- 215ca90ef4240a14594a0f44f90328a3
SHA512-
63cb4f5421fc62cd0d589eb5362bd87e303fd669a1aee6f8e2878838a91004be2df11c159a37f574a1
091c21d7c85a42cfaf469449babe30db647b4dd2ad76be

natenosley.AccountInfo.txt:

MD5- d583678301652a87a4c20f6685c3d074
SHA512-
605cb3d404423bb95fa4554062cf390bdcfbcf4c1310c9497d378922d962b7302962cf8b387db850f
9f6485fc36a641df36d247a168f5fdfb64290852994fa89

natenosley.Calendar.Events.Preserved.zip:

MD5- 423bd05ba1fd8d46041444b34c111546
SHA512-
3648176ac80001f6f1017f714bf2e6e66855111285115262c2e710f659fec98849f17a6f9992ca83cd
4d5e1786450098e6c59a293837e7f09dae441da2f86196

natenosley.Calendar.Events.zip:

MD5- bcf12ccc159b53cfe80df26ed5157dfa
SHA512-
aa12a40f75977d4cca6b33451748a34442d9b54949a2bc26fd4202ba6d62dfed95554fade5a73ba14
8cd2432fff78b792f22fb0ce3953e7ffd42d8e77ce881e2

natenosley.Chats.Preserved.zip:

MD5- 94bde299eb571e68c8c64ef60fb167ea
SHA512-
7f6732191618638b2202c1c16a2951a605039a655b256b9468f350bc7f8e602a29dc91c17c10ea961
3abe876b80f5e346765a57d8fa59b83041fa7bc01d39acb

natenosley.Chats.zip:

MD5- cb43d4131911207d329f2fcf41f64b8e
SHA512-
218aca5286f23014c7c021585603c0cb01080ca6e594121b2a011113c63c3192ce5f2944ecc63f427
d5f5c2d550f9f70ef9c85badf92a02fe3eec77c87ebf160

natenosley.Drive.Metadata.Preserved.zip:

MD5- 04a8138cba64429101bbe1436ff751b9


SHA512-
848d4970447175157c2f38884131817fd24ec429725fc88a78774de416bf20670308cd4534a48a04
213cfec84ee20436108207dcce07e89b0e80d0341baf8daa

natenosley.Drive.Metadata.zip:

MD5- 3c98f7de6fd2de5d8b6f9dc3856d3cae
SHA512-
3f606da84df7b7010e18be2751c0c85d11765129250591e56e3cdaa59f52dfc752305dc28e0f013b3
2c5142c2e8469f78c355bf6db79e8c88f6285df38b43cbb

natenosley.Drive_001.Preserved.zip:

MD5- 3d50f0693fa010f2fca92e2bac9a6bc5
SHA512-
a7aff04de53bf9a960f3b7599f46a34a56aada599081b4c16b30cf2f12a02187e3901dd65f81c3a0f8b
47f80aa08571756e85a842d6077626676c7b97d357a5f4

natenosley.Drive_001.zip:

MD5- a07125a3626d7cf82ccf0fbf72f76664
SHA512-
507573f9e4cd832fe240062a50897eda87c73905d0477c394c4f54bc1ab965839d5f5c84fd2df445e5
69e44dcda5d4865be998404b9daee71f6f126fd5002d26

natenosley.Gmail.Contacts.Preserved.vcf:

MD5- e8167ba92d5faca7aeb7b1e2f251df48
SHA512-
a3271beb84f1423580cdb6b6f37ca52e7d1ac1ec91ab2d7e5166418d0cb2dbc92049afdf794169439
7900826bec378afc28c5f85124c794cdc3324cd4323a414

natenosley.Gmail.Contacts.vcf:

MD5- e8167ba92d5faca7aeb7b1e2f251df48
SHA512-
a3271beb84f1423580cdb6b6f37ca52e7d1ac1ec91ab2d7e5166418d0cb2dbc92049afdf794169439
7900826bec378afc28c5f85124c794cdc3324cd4323a414

natenosley.Plus.Activities.zip:

MD5- 76cdb2bad9582d23c1f6f4d868218d6c
SHA512-
5e2f959f36b66df0580a94f384c5fc1ceeec4b2a3925f062d7b68f21758b86581ac2adcfdde73a171a2
8496e758ef1b23ca4951c05455cdae9357cc3b5a5825f


natenosley.Plus.Circles.zip:

MD5- 76cdb2bad9582d23c1f6f4d868218d6c
SHA512-
5e2f959f36b66df0580a94f384c5fc1ceeec4b2a3925f062d7b68f21758b86581ac2adcfdde73a171a2
8496e758ef1b23ca4951c05455cdae9357cc3b5a5825f

natenosley.Plus.Contacts.vcf:

MD5- e8167ba92d5faca7aeb7b1e2f251df48
SHA512-
a3271beb84f1423580cdb6b6f37ca52e7d1ac1ec91ab2d7e5166418d0cb2dbc92049afdf794169439
7900826bec378afc28c5f85124c794cdc3324cd4323a414

natenosley.Plus.Profile.html:

MD5- abbbb1f9cb8a441cb47ca49669b7127b
SHA512-
f69d671f7fe299ec3140a071ec399ecd4f4cae29d83edc33a798691cbcbaae7d9b9bd61683acd13bec
a82d2c2880ae714c77b3d91987e7e6047a53694f15da94

natenosley.Youtube.Userinfo.txt:

MD5- 073e9979b2d769e687064c1f0724b2af
SHA512-
16e0477bd0acfdcc039a76839f5a87a9db66196eac18b7992c0de202b0b9ee6ee6585389dc6d468bf
003648263644367b521caa221474c97d1d0ab735db63fa5

natenosley@gmail.com.Gmail.Content.Preserved.mbox:

MD5- 7615909acc456ed3ba84c29032c21e33
SHA512-
05072b04a12d8abeeac4dff4173d18473130ca715fa2feafa24fc786ca8b8fbc16a7ca215fd83817e0f
dc944adb19c7c74f97e25d1431c9fe229ad902c12a624

natenosley@gmail.com.Gmail.Content.mbox:

MD5- e0f94d6ead2c3634107a3efc33676476
SHA512-
9c0357b1b4ecd5059b6d63f60c6001bf2cebf7f32d454188e3d3253160100ca56918ad1b74915bbba
79da7190fac2c497525024fd2fea613a1f743dd2f25232a



1/17/2020

Special Agent Michael McVey
Iowa Department of Public Safety
5400 16th Ave SW
Cedar Rapids, IA 52404

      **Re: Subpoena dated December 30, 2019 (Google Ref. No. 3366110)**
        *2019020310*

Dear Special Agent McVey:

      Pursuant to the Subpoena issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request.  Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act.  See 18 U.S.C. § 2701 et seq.

      Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *NATENOSLEY*, as specified in the Subpoena. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values.  To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

      Please note that Google Pay service data is under the control of Google Payment Corporation. Any request for such data must be specifically addressed to Google Payment Corporation and can be served through the email address googlepayments@google.com.

      For a Google Custodian of Records, we will require a subpoena and confirmation from you of the time and date of the appearance, the scope of testimony, any Google Reference Number(s) associated with the case, and the travel for the appearance at least one week in advance in order to identify, make the appropriate plans for, and prepare a custodian for trial.

      Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

      Regards,

      Albert Sanchez
      Google Legal Investigations Support



**Notice of Reimbursement**

In the near future, Google will require pursuant to statutory authority that government agencies serving legal process on Google reimburse Google for costs reasonably necessary and directly incurred in complying with the legal process according to the following reimbursement schedule:

| Type of Legal Process | Assistance Provided | Reimbursement Amount | Statutory Authority for Reimbursement |
|---|---|---|---|
| Subpoena 18 U.S.C. § 2703(c)(2) | Production of basic subscriber information | **$45** | 18 U.S.C. § 2706 |
| Order 18 U.S.C. § 2703(d) | Production of records or other information associated with a Google account identified by a valid Google identifier | **$150** | 18 U.S.C. § 2706 |
| Search warrant § 2703(a) or (b) | Production of communications content, records or other information, and basic subscriber information associated with a Google account identified by a valid Google identifier | **$ 245** | 18 U.S.C. § 2706 |
| PRTT order 18 U.S.C. § 3124 | Assistance with installation or use of PRTT | **$ 60** | 18 U.S.C. § 3124 |
| Wiretap order 18 U.S.C. § 2518 | Assistance necessary to accomplish the interception | **$ 60** | 18 U.S.C. § 2518 |

Google reserves the right to seek reimbursement of reasonably necessary directly incurred costs, beyond those listed above, if specific legal process requires significant additional time and resources to fulfill.

Google will include a reimbursement form with each production or at the end of each pen register/trap and trace or wiretap order. Reimbursement will be due within 30 days of the issuance of the reimbursement form.



**CERTIFICATE OF AUTHENTICITY**

I hereby certify:

1.      I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *NATENOSLEY*, with Google Ref. No. 3366110 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Subpoena.

5.      The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result.  The accuracy of Google's electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

___/s_Albert Sanchez_____          Date: 1/17/2020
(Signature of Records Custodian)

      Albert Sanchez
(Name of Records Custodian)



**Attachment A: Hash Values for Production Files (Google Ref. No. 3366110)**

natenosley.AccountInfo.txt:

MD5- 35ba89ee704315a8f7073aaa4dfafa1c
SHA512-
129735510debd7a5eaed7eb893fb86cf54384ff25fb7773649e54ce38b2a52d44dee0bbdb13eeaeb52
ee0634019d1e03038d2ba487e93b682239e6473444e41a

# Snap Inc.

December 15, 2020

***Via Electronic Delivery***
*mcvey@dps.state.ia.us*

Special Agent Michael McVey
IA DPS
5400 16th Ave. S.W.
Cedar Rapids, IA 52404

**Re: Search Warrant dated September 22, 2020 (Internal Ref. No. 396efdece3)**

Dear Sir/Madam:

Pursuant to the Search Warrant issued in the above referenced matter, Snap Inc., the maker of the Snapchat App, has conducted a diligent search for documents and information available on Snap Inc.'s systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Stored Communications Act, 18 U.S.C. §§ 2701, et seq.

We understand you have requested information regarding the Snapchat identifier(s) ▮▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮, as specified in the Search Warrant. Accompanying this letter is responsive information to the extent reasonably accessible from our systems, and a signed Certificate of Authenticity.

Regards,

Jennifer Callaway
Snap Inc. Law Enforcement Operations

Snap Inc.
2772 Donald Douglas Loop North, Santa Monica, CA 90405
www.snap.com  -  www.snapchat.com  -  lawenforcement@snapchat.com

Case 1:20-cr-00101-CJW-MAR  Document 50-1  Filed 05/31/21  Page 20 of 25

# Snap Inc.

## Certificate of Authenticity

I hereby certify:

1.        I am an authorized agent of Snap Inc. designated to respond to legal process on behalf of Snap Inc. I have authority to submit this affidavit on behalf of Snap Inc. I have personal knowledge of the following facts and could testify competently thereto if called as a witness.

2.        Snap Inc. provides Internet-based Services to its subscribers, including the Snapchat App, its free photo, video, and message sharing service.

3.        Attached is a true and correct copy of 2 ZIP file(s) of data associated with the Snapchat identifier(s) ▮▮▮▮▮, ▮▮▮▮▮▮▮▮▮▮ with Internal Reference No. 396efdece3 ("Document") produced in response to a Iowa Search Warrant dated September 22, 2020.

4.        The attached Document is a record made and maintained by Snap Inc. The servers Snap Inc. uses record this data automatically at or near the time it is entered or transmitted by the user; this data is kept in the ordinary course of business activity; and it is the regular practice and custom of Snap Inc. to make such a record.

5.        Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

_Jennifer Callaway_

Date: December 15, 2020

_____

Jennifer Callaway
Custodian of Records

Snap Inc.
2772 Donald Douglas Loop North, Santa Monica, CA 90405
www.snap.com - www.snapchat.com - lawenforcement@snapchat.com

Case 1:20-cr-00101-GJW-MAR Document 30-1 Filed 05/31/21 Page 21 of 25

# Snap Inc.

December 22, 2020

*Via Electronic Delivery*
*mcvey@dps.state.ia.us*

Special Agent Michael McVey
IA DPS
5400 16th Ave. S.W.
Cedar Rapids, IA 52404

**Re: Search Warrant dated December 22, 2020 (Internal Ref. No. 396efdece3)**

Dear Sir/Madam:

Pursuant to the Search Warrant issued in the above referenced matter, Snap Inc., the maker of the Snapchat App, has conducted a diligent search for documents and information available on Snap Inc.'s systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Stored Communications Act, 18 U.S.C. §§ 2701, et seq.

We understand you have requested information regarding the Snapchat identifier(s) _____, _____, _____, _____, as specified in the Search Warrant. Accompanying this letter is responsive information to the extent reasonably accessible from our systems, and a signed Certificate of Authenticity.

Regards,

Jennifer Callaway
Snap Inc. Law Enforcement Operations

Snap Inc.
230 Donald Douglas Loop East, Santa Monica, CA 90405
www.snap.com - www.snapchat.com - lawenforcement@snapchat.com

# Snap Inc.

## Certificate of Authenticity

I hereby certify:

1.      I am an authorized agent of Snap Inc. designated to respond to legal process on behalf of Snap Inc. I have authority to submit this affidavit on behalf of Snap Inc. I have personal knowledge of the following facts and could testify competently thereto if called as a witness.

2.      Snap Inc. provides Internet-based Services to its subscribers, including the Snapchat App, its free photo, video, and message sharing service.

3.      Attached is a true and correct copy of 1 ZIP file(s) of data associated with the Snapchat identifier(s) ▓▓▓▓▓, ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓, ▓▓▓▓▓▓▓▓, with Internal Reference No. 396efdece3 ("Document") produced in response to a Iowa Search Warrant dated December 22, 2020.

4.      The attached Document is a record made and maintained by Snap Inc. The servers Snap Inc. uses record this data automatically at or near the time it is entered or transmitted by the user; this data is kept in the ordinary course of business activity; and it is the regular practice and custom of Snap Inc. to make such a record.

5.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

_____

Jennifer Callaway
Custodian of Records

Date: December 22, 2020

Snap Inc.
2772 Donald Douglas Loop North · Santa Monica, CA 90405
www.snap.com · www.snapchat.com · lawenforcement@snapchat.com

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Anne Heathington, certify:

1.  I am employed by Facebook, Inc. ("Facebook"), headquartered in Menlo Park, California. I am a duly authorized custodian of records for Facebook and am qualified to certify Facebook's domestic records of regularly conducted activity.

2.  I have reviewed the records produced by Facebook in this matter in response to the Search Warrant received on September 22, 2020. The records include search results for Basic Subscriber Information, IP Address Logs, Messages, Photos, Transactional Information, Videos, Other Content and records for the account with identifier 537760079.

3.  The records provided are an exact copy of the records that were made and kept by the automated systems of Facebook in the course of regularly conducted activity as a regular practice of Facebook. The records were saved in electronic format after searching Facebook's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Facebook user.

4.  I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.


Date: September 25, 2020

*Anne Heathington*

Anne Heathington
Custodian of Records

# Certification of Business Records

requesting party: Stephen Allen, Special Agent, Homeland Securities Investigations
requested records: post 6214730594, etc.
references: ICE-HSI-OJ-2019-00025

Declaration certifying the authenticity of business records, evidence code section 1561

I, Regina Bigay, declare:

I am a licensed attorney in good standing in the state of California and I am counsel for craigslist, Inc. I am a duly authorized and qualified witness to certify the authenticity of the attached business records for craigslist.

The copies of the attached business records are true and correct copies of records maintained by craigslist.

These records were prepared by craigslist staff under direction and supervision of attorneys on behalf of craigslist in response to legal process. The records are kept in the ordinary course of business and reflect information in them at or near the time of the acts, conditions or events described in the records.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 25, 2019

/s/ Regina Bigay

By: Regina Bigay, Esq.
235 Montgomery Street, Suite 1158
San Francisco, CA 94104
415-519-6325
legal@thejyfirm.com