| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Pla-01 | email defendant sent on 5-2-17 | No |
| Pla-02 | image of child in above email and metadata from SanDisk micro SD card | No |
| Pla-03 | email defendant sent on 5-12-17 | No |
| Pla-06 | photograph of Samsung Galaxy J7 phone | No |
| Pla-07 | photograph of SanDisk micro SD card | No |
| Pla-08 | photograph of Samsung Galaxy A20 phone | No |
| Pla-09 | photograph of defendant from SanDisk micro SD card | No |
| Pla-10 | photograph of defendant from SanDisk micro SD card | No |
| Pla-11 | photograph of defendant from SanDisk micro SD card | No |
| Pla-12 | Kik Messenger information from Samsung Galaxy J7 phone | No |
| Pla-13 | VLC information from Samsung Galaxy J7 phone | No |
| Pla-14 | Kik Messenger information from Samsung Galaxy A20 phone | No |
| Pla-15 | Snapchat information from Samsung Galaxy A20 phone | No |
| Pla-21 | Filename and metadata for videos of children from SanDisk micro SD card - on Exhibit 20 | No |
| Pla-22 | Filename and metadata for videos of children from SanDisk micro SD card - on Exhibit 20 | No |
| Pla-23 | Filename and metadata for videos of children from SanDisk micro SD card - on Exhibit 20 | No |
| Pla-24 | Filename and metadata for videos of children from SanDisk micro SD card - on Exhibit 20 | No |
| Pla-25 | Filename and metadata for videos of children from SanDisk micro SD card - on Exhibit 20 | No |
| Pla-26 | Filename and metadata for videos of children from SanDisk micro SD card - on Exhibit 20 | No |
| Pla-27 | Filename and metadata for videos of children from SanDisk micro SD card - on Exhibit 20 | No |
| Pla-28 | Filename and metadata for videos of children from SanDisk micro SD card - on Exhibit 20 | No |
| Pla-29 | Filename and metadata for videos of children from SanDisk micro SD card - on Exhibit 20 | No |
| Pla-30 | Filename and metadata for videos of children from SanDisk micro SD card - on Exhibit 20 | No |
| Pla-31 | Filename and metadata for videos of children from SanDisk micro SD card - on Exhibit 20 | No |
| Pla-41 | image and metadata for image from Samsung Galaxy J7 phone corresponding to videos referenced in Exhibits 21-31 | No |
| Pla-42 | image and metadata for image from Samsung Galaxy J7 phone corresponding to videos referenced in Exhibits 21-31 | No |
| Pla-43 | image and metadata for image from Samsung Galaxy J7 phone corresponding to videos referenced in Exhibits 21-31 | No |
| Pla-44 | image and metadata for image from Samsung Galaxy J7 phone corresponding to videos referenced in Exhibits 21-31 | No |
| Pla-45 | image and metadata for image from Samsung Galaxy J7 phone corresponding to videos referenced in Exhibits 21-31 | No |
| Pla-46 | image and metadata for image from Samsung Galaxy J7 phone corresponding to videos referenced in Exhibits 21-31 | No |
| Pla-47 | image and metadata for image from Samsung Galaxy J7 phone corresponding to videos referenced in Exhibits 21-31 | No |
| Pla-48 | image and metadata for image from Samsung Galaxy J7 phone corresponding to videos referenced in Exhibits 21-31 | No |
| Pla-49 | image and metadata for image from Samsung Galaxy J7 phone corresponding to videos referenced in Exhibits 21-31 | No |

| | | |
|---|---|---|
| Pla-50 | image and metadata for image from Samsung Galaxy J7 phone corresponding to videos referenced in Exhibits 21-31 | No |
| Pla-51 | image and metadata for image from Samsung Galaxy J7 phone corresponding to videos referenced in Exhibits 21-31 | No |
| Pla-61 | thumbnail image and metadata for image from Samsung Galaxy J7 phone corresponding to videos referenced in Exhibits 21-24 | No |
| Pla-62 | thumbnail image and metadata for image from Samsung Galaxy J7 phone corresponding to videos referenced in Exhibits 21-24 | No |
| Pla-63 | thumbnail image and metadata for image from Samsung Galaxy J7 phone corresponding to videos referenced in Exhibits 21-24 | No |
| Pla-64 | thumbnail image and metadata for image from Samsung Galaxy J7 phone corresponding to videos referenced in Exhibits 21-24 | No |
| Pla-71 | filename and metadata for videos from Samsung Galaxy J7 phone – on Exhibit 70 | No |
| Pla-72 | filename and metadata for videos from Samsung Galaxy J7 phone - on Exhibit 70 | No |
| Pla-73 | filename and metadata for videos from Samsung Galaxy J7 phone - on Exhibit 70 | No |
| Pla-74 | image and metadata from Samsung Galaxy J7 phone | No |
| Pla-75 | image and metadata from Samsung Galaxy J7 phone | No |
| Pla-76 | image and metadata from Samsung Galaxy J7 phone | No |
| Pla-77 | image and metadata from Samsung Galaxy J7 phone | No |
| Pla-78 | image and metadata from Samsung Galaxy J7 phone | No |
| Pla-79 | image and metadata from Samsung Galaxy J7 phone | No |
| Pla-81 | screen capture from Facebook messages defendant sent to K.N | No |
| Pla-82 | screen capture from Facebook messages defendant sent to K.N. | No |
| Pla-83 | screen captures from Snapchat messages defendant sent to K.N | No |
| Pla-84 | screen captures from Snapchat messages defendant sent to K.N | No |
| Pla-85 | screen capture K.N.'s Snapchat ID from K.N.'s phone | No |
| Pla-86 | photograph of K.N.'s phone showing defendant's Snapchat ID | No |
| Pla-87 | copy of Exhibits 81-84 shown to defendant during his interview on 11-7-20 | No |
| Pla-88 | copy of Exhibits 81-84 shown to defendant during his interview on 11-7-20 | No |
| Pla-89 | copy of Exhibits 81-84 shown to defendant during his interview on 11-7-20 | No |
| Pla-90 | copy of Exhibits 81-84 shown to defendant during his interview on 11-7-20 | No |
| Pla-91 | email defendant sent on 4-23-17 containing picture of minor in pink shirt | No |
| Pla-92 | image of child in above email and metadata from SanDisk micro SD card | No |
| Pla-93 | page from defendant's Facebook account showing messages from Exhibits 81-82 and times they were sent | No |
| Pla-96 | pages from defendant's Facebook account from 2018 | No |
| Pla-98 | pages from defendant's Facebook account from 2020 | No |
| Pla-101 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-102 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-103 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-104 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-105 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-106 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-107 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-108 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-109 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-110 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-111 | image of RA and metadata from SanDIsk micro SD card | No |

| | | |
|---|---|---|
| Pla-112 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-113 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-114 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-115 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-116 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-117 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-118 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-119 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-120 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-121 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-122 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-123 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-124 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-125 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-126 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-127 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-128 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-129 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-130 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-131 | image of RA and metadata from SanDisk micro SD card | No |
| Pla-132 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-133 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-134 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-135 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-136 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-137 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-138 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-139 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-140 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-141 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-142 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-143 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-144 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-145 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-146 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-147 | image of RA and metadata from SanDIsk micro SD card | No |
| Pla-151 | email defendant sent on March 17-19, 2018 depicting or referencing RA | No |
| Pla-152 | email defendant sent on March 17-19, 2018 depicting or referencing RA | No |
| Pla-153 | email defendant sent on March 17-19, 2018 depicting or referencing RA | No |
| Pla-154 | email defendant sent on March 17-19, 2018 depicting or referencing RA | No |
| Pla-155 | email defendant sent on March 17-19, 2018 depicting or referencing RA | No |
| Pla-156 | email defendant sent on March 17-19, 2018 depicting or referencing RA | No |
| Pla-157 | email defendant sent on March 17-19, 2018 depicting or referencing RA | No |
| Pla-161 | image of RA shown to defendant during his interview on 11-7-20 | No |
| Pla-162 | image of RA shown to defendant during his interview on 11-7-20 | No |

| Exhibit | Description | Admitted |
|---|---|---|
| Pla-163 | image of RA shown to defendant during his interview on 11-7-20 | No |
| Pla-171 | photograph taken of R.A.'s phone on 11-13-20 showing her Snapchat ID and defendant's Snapchat ID | No |
| Pla-172 | photograph taken of R.A.'s phone on 11-13-20 showing her Snapchat ID and defendant's Snapchat ID | No |
| Pla-173 | photograph taken of R.A.'s phone on 11-13-20 showing her Snapchat ID and defendant's Snapchat ID | No |
| Pla-181 | contact information for R.A. on Samsung Galaxy A20 phone | No |
| Pla-201 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-202 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-203 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-204 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-205 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-206 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-207 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-208 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-209 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-210 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-211 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-212 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-213 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-214 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-215 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-216 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-217 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-218 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-219 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-220 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-221 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-222 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-223 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-224 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-225 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-226 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-227 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-228 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-229 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-230 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-231 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-232 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-233 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-234 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-235 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-236 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-237 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-238 | image of A.S. and metadata from Samsung Galaxy A20 phone | No |
| Pla-241 | filename and metadata for videos from SanDisk micro SD card - on Exhibit 240 | No |
| Pla-242 | filename and metadata for videos from SanDisk micro SD card - on Exhibit 240 | No |

| | | |
|---|---|---|
| Pla-243 | filename for videos from defendant's Snapchat account - on Exhibit 240 | No |
| Pla-244 | filename for videos from defendant's Snapchat account - on Exhibit 240 | No |
| Pla-245 | image of A.S. and metadata from Samsung Galaxy J7 phone | No |
| Pla-246 | image of A.S. and metadata from SanDisk micro SD card | No |
| Pla-251 | spreadsheet from Samsung Galaxy A20 phone containing communications between defendant and A.S | No |
| Pla-252 | image and metadata from communications in Exhibit 251 | No |
| Pla-253 | image and metadata from communications in Exhibit 251 | No |
| Pla-254 | image and metadata from communications in Exhibit 251 | No |
| Pla-255 | image and metadata from communications in Exhibit 251 | No |
| Pla-261 | class schedule from defendant's Snapchat account | No |
| Pla-262 | data on friend request from defendant's Snapchat account | No |
| Pla-271 | image of A.S. shown to defendant during his interview on 11-7-20 | No |
| Pla-272 | image of A.S. shown to defendant during his interview on 11-7-20 | No |
| Pla-273 | image of A.S. shown to defendant during his interview on 11-7-20 | No |
| Pla-274 | image of A.S. shown to defendant during his interview on 11-7-20 | No |
| Pla-275 | image of A.S. shown to defendant during his interview on 11-7-20 | No |