UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS, IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 20-CR-00101 |
|     Plaintiff | ) | |
| vs. | ) | MOTION FOR DOWNWARD |
| | ) | VARIANCE |
| NATHAN NOSLEY, | ) | |
|     Defendant. | ) | |

COMES NOW, Defendant, Nathan Nosley, by and through counsel, and files this motion for a downward variance from the advisory guideline sentencing range. In support of this motion, Mr. Nosley asks the Court to consider the attached brief, as well as such other matters as the Court may consider.

Date: January 11, 2022.

                Respectfully submitted,

                /s/ Dan Vondra
                Dan Vondra, AT 0008084
                Vondra Law Office PLC
                745 Community Dr., Unit C
                North Liberty, IA 52317
                (319) 438-2888
                dan@vondralawoffice.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 11, 2022, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

1

/s/ Dan Vondra
Dan Vondra, Attorney